UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Alvin M Kasper<br>    Barbara A Kisel<br>        Debtor(s) | Case No. 13 B 10462 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/15/2013.

2) The plan was confirmed on 06/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/24/2014, 09/19/2014.

5) The case was Dismissed on 10/20/2014.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,712.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$8,712.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,581.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $366.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,947.64**

Attorney fees paid and disclosed by debtor:     $919.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Access Financial (Check N Go) | Unsecured | 1,278.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management, Inc. | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Alvin S Kasper | Unsecured | 29,068.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 1,230.82 | 1,230.82 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 675.37 | 675.37 | 0.00 | 0.00 |
| Arnold Scott Harris, PC | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 1,369.00 | NA | NA | 0.00 | 0.00 |
| Blast Fitness | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Secured | 1,090.00 | 1,129.11 | 1,090.00 | 674.91 | 25.43 |
| Devon Financial Services Inc | Unsecured | NA | 0.00 | 39.11 | 0.00 | 0.00 |
| Dynamic Recovery Solutions | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Federal National Mortgage Assoc | Secured | 51,573.00 | 38,567.85 | 38,567.85 | 0.00 | 0.00 |
| Federal National Mortgage Assoc | Secured | 16,500.00 | 14,764.83 | 14,764.83 | 5,064.02 | 0.00 |
| Firstsource Advantage LLC | Unsecured | 2,026.00 | NA | NA | 0.00 | 0.00 |
| Hushhawk Group LTD | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ICC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ICC | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| ICC | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 795.00 | 643.04 | 643.04 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 127.71 | 127.71 | 0.00 | 0.00 |
| International Cash Advance, Inc. | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| ISC Inc | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| Jack Ruby, DDS | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 754.00 | 754.29 | 754.29 | 0.00 | 0.00 |
| JP Morgan Chase Bank, N.A. | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Kenwood Services LLC | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| M.C.O.A. | Unsecured | 275.00 | 275.00 | 275.00 | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management, Inc. | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midstate Collection Solutions, Inc. | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| MMCC | Unsecured | 0.00 | 1,070.93 | 1,070.93 | 0.00 | 0.00 |
| MNE Services Ameriloan | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| National Payday | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 3,366.00 | NA | NA | 0.00 | 0.00 |
| Nationwide NCC | Unsecured | 1,727.00 | NA | NA | 0.00 | 0.00 |
| Nationwide NCC | Unsecured | 19,711.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,492.00 | 1,491.78 | 1,491.78 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 437.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| Red Cedar Services, Inc./ 500Fast Cash | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Red Stone Financial, LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 348.00 | 347.80 | 347.80 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 88.00 | 88.39 | 88.39 | 0.00 | 0.00 |
| Select Physical Therapy Holdings, Inc. | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| SFS, Inc./OneClick Cash | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans, Inc. | Unsecured | 480.00 | 371.80 | 371.80 | 0.00 | 0.00 |
| Sportho Physical and Aquatic Therapy, LT | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Spot On Loans | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 4,132.00 | NA | NA | 0.00 | 0.00 |
| UCB Collections | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |
| USA Funds MCE 2148 | Unsecured | 11,659.00 | 12,427.04 | 12,427.04 | 0.00 | 0.00 |
| Vision Financial Services | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $38,567.85 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,764.83 | $5,064.02 | $0.00 |
| Debt Secured by Vehicle | $1,090.00 | $674.91 | $25.43 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$54,422.68** | **$5,738.93** | **$25.43** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $643.04 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$643.04** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,550.04** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,947.64 |
| Disbursements to Creditors | $5,764.36 |
| **TOTAL DISBURSEMENTS** : | **$8,712.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/17/2014                           By: /s/ Marilyn O. Marshall
                                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**